# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL ROSENFELD, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AETNA, INC., MARK T. BERTOLINI, FERNANDO AGUIRRE, FRANK M. CLARK, BETSY Z. COHEN, MOLLY J. COYE, ROGER N. FARAH, JEFFREY E. GARTEN, ELLEN M. HANCOCK, RICHARD J. HARRINGTON, EDWARD J. LUDWIG, JOSEPH P. NEWHOUSE, and OLYMPIA J. SNOWE, <br><br> Defendants. | Case No. 3:18-cv-00213-SRU |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Joel Rosenfeld ("Plaintiff") voluntarily dismisses his individual claims in the captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 2, 2018

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins
LEVI & KORSINSKY LLP
733 Summer Street, Suite 304
Stamford, CT 06901

Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

**OF COUNSEL:**

**WEISSLAW LLP**  *Attorneys for Plaintiff*
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
Alexandra E. Eisig
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010